Fill in this information to identify the case:
Debtor name | Get Green Recycling Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-13092

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Funding 17542 17th St #200 Tustin, CA 92780 | | | | | | $120,000.00 |
| Big Shoulders Capital Fund 105 Revere Drive, Suite D Northbrook, IL 60062 | | | | $600,000.00 | $0.00 | $600,000.00 |
| Chase Auto P.O Box 15298 Wilmington, DE 19850 | | | | $22,654.55 | $0.00 | $22,654.55 |
| City of Aurora 44 E. Downers Pl. Aurora, IL 60505 | | | | | | $39,500.00 |
| CT Cargo Trans, LLC 5214 BRIARCREST LANE Long Grove, IL 60047 | | Trade debt | Disputed | | | $12,500.00 |
| Honore Corp. 401 N. Wabash, Suite 76D Chicago, IL 60661 | | | | | | $319,213.30 |
| Illinois Department of Employment S Benefit Payment Control Division P O Box 4385 Chicago, IL 60680 | | | | | | Unknown |
| Illinois Department of Revenue Bankruptcy Unit 19035 Springfield, IL 62794-9035 | | Payroll Taxes | | | | Unknown |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Get Green Recycling Inc.                                  Case number *(if known)*   23-13092
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Payroll Taxes | | | | Unknown |
| Kane County Treasurer<br>719 S Batavia Ave Bldg A<br>Geneva, IL 60134 | | Real Estate Taxes | | | | Unknown |
| Langos Corp.<br>124 Deep Woods<br>Barrington Hills, IL 60010 | | | Disputed | | | $17,503.90 |
| Midwest Industrial Metals<br>615 Northwest Avenue<br>Northlake, IL 60164 | | | | | | $572,632.31 |
| Safran Metals<br>1685 N. Elston Avenue<br>Chicago, IL 60642-1545 | | | | $221,132.09 | $0.00 | $221,132.09 |
| Sandgate Group, LLC<br>201 Barefoot Court.<br>Minooka, IL 60047 | | | | | | $49,349.64 |
| The Recy Group LLC<br>39W190 Preston Circle<br>Geneva, IL 60134 | | | | | | $17,000.00 |
| Unique Funding<br>71 S Central Ave, Suite 200<br>Valley Stream, NY 11580 | | | | $340,000.00 | $0.00 | $340,000.00 |
| WELLS FARGO FORKLIFT<br>420 Montgomery St.<br>San Francisco, CA 94104 | | | | | | $0.00 |